IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAMARREO WILLIAMSON                                                          PLAINTIFF

v.                      Civil No. 14-4090

ARKANSAS BOARD OF PAROLE;
JOE WESTFALL; and
SHERIFF JAMES SINGLETON                                     DEFENDANTS

### ORDER

Tamarreo Williamson has submitted for filing in this district a *pro se* 42 U.S.C. § 1983 Complaint and an Application to proceed *in forma pauperis* ("IFP Application").

The Clerk is **DIRECTED** to provisionally file the Complaint and IFP Application. Plaintiff failed to sign his Complaint. Accordingly, the Clerk is **DIRECTED** to send Plaintiff the signature page of his Complaint along with this Order. Plaintiff is **DIRECTED** to sign and date the signature page of his Complaint and return it to the Court no later than August 6, 2014. Further, the Clerk is **DIRECTED** to return to Plaintiff, without filing, the exhibits attached to his Complaint and a copy of the 1983 Prisoner Litigation Guide noting the appropriate instances to submit exhibits to the Court.

**Plaintiff is advised that if he fails to return the completed signature page by August 6, 2014 this case will be subject to dismissal.**

Plaintiff is further advised that it is his responsibility to inform the Court of any changes of address he may have. In the event Plaintiff has a change of address, he must submit a Notice to the Court containing only his request to change his address of record.

The Court will address Plaintiff's Application for *in forma pauperis* status and the issue of service by separate order once Plaintiff has responded to this Order.

**IT IS SO ORDERED this 16th day of July 2014.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE