IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAMERREO WILLIAMSON                                                                                    PLAINTIFF

v.                                        Case No. 4:14-cv-04090

ARKANSAS BOARD OF PAROLE;
JOE WESTFALL; and SHERIFF
JAMES SINGLETON                                                                                        DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed October 6, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that the Plaintiff's Complaint be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Local Rules and the Court's Orders. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Plaintiff's Complaint is DISMISSED without prejudice.

**IT IS SO ORDERED**, this 27th day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge